# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROGER DALE BELCHER, JR.,

    Petitioner,

v.                                      CASE NO. 5:18cv32-MCR-HTC

MARK S. INCH,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2019. ECF No. 31. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petitioner's petition under 28 U.S.C. § 2254, ECF No. 1, is **DENIED**, without an evidentiary hearing.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close this case file.

**DONE AND ORDERED** this 6th day of September 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**